## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISHA WU, individually and on behalf of all others similarly situated, | ) Case No.: 2:22-cv-03069-HB |
| | ) |
| | ) **COLLECTIVE ACTION** |
| Plaintiff, | ) |
| | ) |
| v. | ) **PLAINTIFF LISHA WU'S NOTICE OF** |
| | ) **ACCEPTANCE OF DEFENDANTS' FED. R.** |
| | ) **CIV. PROC. 68 OFFER OF JUDGMENT** |
| OASIS ON ESSINGTON, LTD. d/b/a | ) |
| Oasis Gentlemen's Club; M.A.G. | ) |
| ENTERPRISES, INC. d/b/a | ) |
| Cheerleaders Philadelphia; JOHN A. | ) |
| MEEHAN; and DOES 2 through 10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

**COMES NOW** plaintiff Lisha Wu ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of Defendants Oasis on Essington, Ltd., M.A.G. Enterprises, Inc., and John A. Meehan's (collectively, "Defendants.") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1.    Plaintiff filed her complaint in this action on August 3, 2022.

2.    On December 4, 2023, Defendants served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $30,000.00, inclusive of reasonable attorneys' fees and costs. See Exhibit 1.

3.    Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Respectfully submitted,

Dated: December 4, 2023

/s/ John P. Kristensen
John P. Kristensen
California Bar No. 224132
**CARPENTER & ZUCKERMAN**

8827 W. Olympic Blvd.
Beverly Hills, CA 90211
Telephone: (310) 273-1230
*kristensenteam@cz.law*

Daniel J. Sherry, Jr.
**EISENBERG, ROTHWEILER,**
**WINKLER, EISENBERG, &**
**JECK, P.C.**
1634 Spruce St.
Philadelphia, PA 19103
T: 215-546-6636
F: 215-546-0118
E: *daniel@erlegal.com*

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Monday, December 04, 2023 a true and correct copy of the attached **PLAINTIFF LISHA WU'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. PROC. 68 OFFER OF JUDGMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Gaetan J. Alfano
Christopher A. Iacono
Angela L. Velez
**PIETRAGALLO, GORDON, ALFANO,**
**BOSICK, & RASPANITI, LLP**
1818 Market St., Ste. 3402
Philadelphia, PA 19103
T: 215-988-1462
F: 215-754-5195
E: *GJA@pietragallo.com*
E: *CAI@pietragallo.com*
E: *ALV@pietragallo.com*

***Attorneys for Respondents Oasis on***
***Essington; M.A.G. Enterprises, Inc.;***
***and John A. Meehan***

*/s/ Justice D. Turner*
Justice D. Turner