IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISHA WU                            :

   v.                              :            NO.  22cv3069

M.A.G. ENTERPRISES, INC., JOHN A.
MEEHAN, OASIS ON ESSINGTON, LTD.
                                                 :

## JUDGMENT

BEFORE BARTLE, J.

     AND NOW, to wit, this 7th day of DECEMBER, 2023, in accordance with Defendant's offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68,

     It is ORDERED that judgment is entered in favor of plaintiff Lisha Wu and against defendants Oasis on Essington, Ltd., M.A.G. Enterprises, Inc., and John A. Meehan in the amount of $ 30,000.00.

BY THE COURT:

ATTEST:

    s/Nicole Durso
Nicole Durso, Deputy Clerk